IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DAVID LOWERY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00060 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* ("R & R") of the United States Magistrate Judge recommending that I enter an Order granting the Commissioner's Motion for Summary Judgment [ECF No. 15], denying Plaintiff's Motion for Summary Judgment [ECF No. 12], and dismissing this case. This *Report* was filed on December 1, 2014. Plaintiff filed an objection to the R&R, to which the Commissioner did not respond. I have reviewed *de novo* those portions of the Record to which Plaintiff has objected, and have reviewed the rest of the Record for clear error. For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** and **ADJUDGED** that Plaintiff's Objection is **OVERRULED**, and the *Report and Recommendation* shall be, and hereby is, **ADOPTED**. The Commissioner's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED**, the final decision of the Commissioner is **AFFIRMED**, and this case is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe, and to dismiss this case from the Court's docket.

ENTERED this 20th day of April, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE